**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6712**
_____

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

IVAN WALTERS,

               Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., Senior
District Judge.  (6:08-cr-00385-HMH-1)

_____

Submitted:  October 17, 2013     Decided:  October 21, 2013

_____

Before AGEE, DAVIS, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ivan Walters, Appellant Pro Se.  David Calhoun Stephens,
Assistant United States Attorney, Greenville, South Carolina,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ivan Walters appeals the district court's text order denying his petition for a writ of error coram nobis and the court's subsequent rejection of Walters' Fed. R. Civ. P. 59(e) motion to alter or amend that judgment and his motion to amend the petition. We have reviewed the record and find no reversible error. Specifically, we discern no abuse of discretion in the court's finding that Walters did not meet the requirements for coram nobis relief. See United States v. Akinsade, 686 F.3d 248, 252 (4th Cir. 2012) (setting forth standard of review and describing required showing). Nor do we discern any abuse of discretion in the district court's denial of the Rule 59(e) motion, see Sloas v. CSX Transp., Inc., 616 F.3d 380, 388 (4th Cir. 2010), or the motion to amend the petition. See Balas v. Huntington Ingalls Indus., Inc., 711 F.3d 401, 409 (4th Cir. 2013). Accordingly, we affirm the district court's orders. See United States v. Walters, No. 6:08-cr-00385-HMH-1 (D.S.C. Feb. 1, 2013 & Mar. 5, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED